IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADA DIANE FIELDER                                                                    PLAINTIFF

v.                              CASE NO. 3:18-CV-00050 BSM

NANCY A. BERRYHILL, Deputy Commissioner for Operations,
Social Security Administration                                                       DEFENDANT

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 17] is adopted, and the Commissioner's decision is reversed and remanded, pursuant to "sentence four" of 42 U.S.C. section 405(g), with instructions to develop the record as necessary. Plaintiff Ada Fielder's motion to approve the remand [Doc. No. 18] is denied as moot.

IT IS SO ORDERED this 28th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE