IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADA DIANE FIELDER                                                                                        PLAINTIFF

v.                            CASE NO. 3:18-CV-00050 BSM

NANCY A. BERRYHILL, Deputy Commissioner for Operations,
 Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is reversed and remanded for further proceedings.

IT IS SO ORDERED this 28th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE