IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADA DIANE FIELDER     PLAINTIFF

v.     CASE NO. 3:18-CV-00050 BSM

NANCY BERRYHILL, Acting Commissioner,
Social Security Administration     DEFENDANT

## ORDER

Ada Fielder's motion for attorney's fees [Doc. No. 21] is granted, and attorney's fees in the amount of $5,014.36 are awarded directly to Fielder. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (attorney's fees award pursuant to section 2412 is payable to claimant rather than attorney).

IT IS SO ORDERED this 11th day of April 2019.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE